**JOHN M. DOMURAD**
**Clerk**

**James T. Foley U.S. Courthouse**
**445 Broadway, Room 509**
**Albany NY 12207-2936**
**(518) 257-1800**

**DANIEL R. MCALLISTER**
**Chief Deputy**

6/27/2022

Azar Mouzari, Esq.
Beverly Hills Trail Attorneys PC
468 North Camden Drive, Suite 238
Beveraly Hills, CA 90210

RE: Stacia Cullors, et al  vs. Beech-Nut Nutrition Company
NYND CASE NO. 1:22-CV-677 (DNH/CFH)

Dear Counselor:

Please be advised that pursuant to the Transfer Minute Entry/Order dated 6/22/2022, the above action has been transferred to the Northern District of New York for all further proceedings. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court.  This means all attorneys MUST have an individual PACER account, and request admission via PACER.  If you will be seeking Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf.  If you will be seeking Pro Hac Vice Admission, instructions can be found by using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.  Otherwise, new counsel should file a notice of appearance as soon as possible.

Pursuant to the Transfer Minute Entry/Order, the parties are advised that all future filings and inquiries should be made with this Court in accordance with its local rules.  Please refer to the NDNY case number listed above on filings.

Any motions previously filed and not completely addressed in the Central District of California shall be re-noticed in the Northern District before the proper Judge and in accordance with the local rules.  Supporting documentation need not be re-filed.

Respectfully,

JOHN M. DOMURAD, CLERK

By: s/ Joanne Bleskoski, Deputy Clerk

cc: NDNY File