UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACIA CULLORS, et al., <br><br> Plaintiff, <br><br> v. <br><br> BEECH-NUT NUTRITION COMPANY, <br><br> Defendant. | Case 1:22-CV-677-DNH-CFH <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Kathleen E. McCarthy, Esq. of the law firm King & Spalding LLP, 1185 Avenue of the Americas, New York, New York, 10036, hereby appears as counsel for Defendant BEECH-NUT NUTRITION COMPANY and hereby requests that all notices given or required to be given and all papers served or filed in connection with this case be served upon counsel at the below address, e-mail, telephone and facsimile numbers.

Dated: New York, New York
     June 28, 2022

**KING & SPALDING LLP**

By: */s/ Kathleen E. McCarthy*
    Kathleen E. McCarthy
    kmccarthy@kslaw.com
    1185 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 556-2345

*Attorneys for Defendant*
*Beech-Nut Nutrition Company*