UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STACIA CULLORS, an individual; L.P., a minor, N.B., a minor, and V.B., a minor, through their guardian ad litem STACIA CULLORS; ANTHONY BACANI, an individual; D.B., a minor and E.B., a minor, through their guardian ad litem ANTHONY BACANI; JENNIFER CULLORS, an individual; A.C., a minor, and J.C., a minor, through their guardian ad litem JENNIFER CULLORS, and on behalf of all others similarly situated,

                 Plaintiffs,

vs.

BEECH-NUT NUTRITION COMPANY,

                 Defendants.

CASE NUMBER:
1:22-cv-00677 (DNH)(CFH)

NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

     Dayton P. Haigney, an attorney duly admitted to practice before this Court, hereby appears as local/notice counsel for the plaintiffs, STACIA CULLORS, an individual; L.P., a minor, N.B., a minor, and V.B., a minor, through their guardian ad litem STACIA CULLORS; ANTHONY BACANI, an individual; D.B., a minor and E.B., a minor, through their guardian ad litem ANTHONY BACANI; JENNIFER CULLORS, an individual; and, A.C., a minor, and J.C., a minor, through their guardian ad litem JENNIFER CULLORS.  The Clerk of Court is requested to make the appropriate entry in the ECF system.

 Dated:   New York, New York
            11 July 2022

Yours, etc.

_____
Dayton P. Haigney
**Local Counsel to Plaintiffs**
233 Broadway, Suite 2348
New York, NY 10279
(212) 557-5590
DPHLAW@msn.com

Azar Mouzari, Esq.
**Lead Counsel to Plaintiffs**
*pro hac vice admission pending*
Beverly Hills Trial Attorneys, P.C.
468 N. Camden Drive, Suite 238,
Beverly Hills, California 90210
Office:  (310) 858-5567
Fax: (424) 286-0963
AZAR@bhtrialattorneys.com

To:

Kathleen E. McCarthy
King & Spaulding LLP
**Counsel to Defendant**
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2345
KMCARTHY@kslaw.com