UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : **Azar Mouzari**

DECLARATION
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF **New York**

**Dayton P. Haigney**, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of **Dayton P. Haigney, Esq.**, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: **516157**.

2. I make this Declaration in support of the admission of **Azar Mouzari**.

3. I have known **Azar Mouzari** since **collaborating on this action**, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~~~~~~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this **12**, day of **July**, 20**22**.

SPONSOR