

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

Petition for Admission, pursuant to Local Rule 83.1(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Northern District of New York.

## Personal Statement (Personal Information, Business Information, Good Standing, Education)

### Personal Information

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
|  |  |  |  |

Residence Address:

| City: | State: | Zip: | County: |
|---|---|---|---|

### Business Information

Affiliation/Firm:

Address:

| City: | State | Zip | County |
|---|---|---|---|

E-Mail:

| Title: | Date of Employment: | Firm Telephone: |
|---|---|---|

### Good Standing

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers.

| Question | Yes | No |
|---|---|---|
| Have you ever been convicted of a misdemeanor or felony? | Yes | No |
| Are there any disciplinary proceedings presently pending against you? | Yes | No |
| Have you ever been censured or suspended from practice before any court? | Yes | No |
| Have you ever been denied admission or readmission to the bar of any court? | Yes | No |

If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of any such actions or proceedings.

### Education

| Name of Law School City and State where located | Dates of Attendance From To (Month/Year) | Type of Degree Received | Date Degree Received or Expected |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

| Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location: |
|---|
| |

I have read and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Azar Mouzari*
Signature                                                                                     Date