

# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *AZAR MOUZARI*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that AZAR MOUZARI, #263461, was on the 5th day of June 2009 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 11th day of July 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
T. Ma Deputy Clerk